## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

SHARON A. PICKETT,              :

    Plaintiff,                  :

vs.                             :       CA 07-0467-BH-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                                  :

    Defendant.

### **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation (Doc. 16) to which objection (Doc. 17) is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 25, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of February, 2008.

                                                         s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE